SEAN WINEMILLER  
(Plaintiff)

vs.

FRANK C. ARCURI  
(Defendent)

IN THE  
UNITED STATES DISTRICT COURT  
MIDDLE DISTRICT OF PENNSYLVANIA

1:01CV1164

## MOTION FOR EXTENSION OF TIME FOR FILING BRIEF

And now, this 30th day of January, 2002; SEAN WINEMILLER, [Plaintiff], asks this Honorable Court to grant said plaintiff an extension of time [10 days] for filing pre-trial brief.

copy/Frank C. Arcuri, Esq.; Defendent

FILED  
SCRANTON  
FEB 1 - 2002  
PER _____ DEPUTY CLERK